UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VIRGINIA
EASTERN (NEWPORT NEWS) DIVISION

In re <u>Deedra Lydia Smallwood</u>  Case No. <u>13-50887-FJS</u>

Chapter 13

## Notice Mortgage Payment Change

If you hold a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: <u>EverBank</u>              **Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account:    <u>1290</u>

| | |
|---|---|
| Date of payment change: | 09/01/2013 |
| Must be at least 21 days after date of | <u>06/25/2013</u> |
| **New total payment:** | $ <u>835.58</u> |
| Principal, interest, and escrow, if any | |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ **No**

■ **Yes.** Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $<u>235.64</u>        New escrow payment: $ <u>275.90</u>

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

_____

Current interest rate: _____%        New interest rate: _____%

Current principal and interest payments: $_____        New principal and interest payment $_____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

_____

Reason for change: _____

Current mortgage payment: $ _____        New mortgage payment: $_____

**Part 4: Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐  I am the creditor.                                  ■ I am the creditor's authorized agent.
                                                                       (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.


 /s/Abby K. Moynihan, Esquire                                                              Date 06/25/2013
       Signature

**Print:**           Abby K. Moynihan/79686                 Title Attorney for Creditor
                     First Name    Middle Name              Last Name

Company              McCabe, Weisberg and Conway, LLC

Address              312 Marshall Avenue, Suite 800
                     Number              Street

                      Laurel, MD 20707
                     City    State   ZIP Code

Contact phone (301) 490-3361                      Email bankruptcyva@mwc-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN (NEWPORT NEWS) DISTRICT OF VIRGINIA

In Re:   Deedra Lydia Smallwood                    Case No. 13-50887-FJS
                                                    Chapter 13

# CERTIFICATE OF SERVICE OF NOTICE OF
# MORTGAGE PAYMENT CHANGE

    I, Abby K. Moynihan, of McCabe, Weisberg and Conway, LLC, certify that I am and at all times hereinafter mentioned, was more than 18 years of age and that on June 25, 2013, I served the above-captioned pleading filed in the proceeding on the parties at the addresses shown below;

Michael P. Cotter, Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, Virginia 23320

Steve C. Taylor, Esq.
133 Mt. Pleasant Road
Chesapeake, Virginia 23322

Deedra Lydia Smallwood
371 Advocate Ct, #B
Newport News, Virginia 23608


Method of Service: Electronic means or first-class mail

Dated: June 25, 2013
Respectfully submitted:

/s/Abby K. Moynihan
Attorney for EverBank
312 Marshall Avenue, Ste. 800
Laurel, MD 20707
301-490-1196
Bar No. 79686
Email: bankruptcyva@mwc-law.com

Document      Page 4 of 7

REDACTED

06/11/13

```
DEEDRA SMALLWOOD         REDACTED 1290
371 ADVOCATE CT UNIT B
NEWPORT NEWS         VA 23608


              ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                           ACCOUNT HISTORY

     THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
     08/01/12 THROUGH 08/31/13.
     YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
            795.32 OF WHICH      559.68 WAS FOR PRINCIPAL AND INTEREST
       AND      235.64 WENT INTO YOUR ESCROW ACCOUNT.

      PROJ    ACTUAL   PROJ                    ACTUAL    PROJ      ACTUAL
      ESCROW  ESCROW   ESCROW                  ESCROW    ESCROW    ESCROW
MO    DEPOSIT DEPOSIT  PAYMENTS DESCRIPTION    PAYMENTS  BALANCE   BALANCE
STARTING BALANCE ...................................     692.39    405.66-
AUG   274.09     *      43.30 MTG INS              *     923.18    405.66-
AUG                           MTG INS          42.66*    923.18    448.32-
SEP   274.09     *      43.30 MTG INS              *    1153.97    448.32-
SEP                           MTG INS          42.66*   1153.97    490.98-
OCT   274.09     *      43.30 MTG INS              *    1384.76    490.98-
OCT                           MTG INS          42.66*   1384.76    533.64-
OCT                           CITY/TWN TX     574.90*   1384.76   1108.54-
NOV   274.09     *      43.30 MTG INS              *    1615.55   1108.54-
NOV                     660.25 CITY/TWN TX         *     955.30   1108.54-
NOV                           MTG INS          42.66*    955.30   1151.20-
DEC   274.09     *      43.30 MTG INS              *    1186.09   1151.20-
DEC                           MTG INS          42.66*   1186.09   1193.86-
JAN   274.09     *      43.30 MTG INS              *    1416.88   1193.86-
JAN                           MTG INS          42.66*   1416.88   1236.52-
FEB   274.09     *      43.30 MTG INS              *    1647.67   1236.52-
FEB                           MTG INS          42.66*   1647.67   1279.18-
MAR   274.09     *      43.30 MTG INS              *    1878.46   1279.18-
MAR                           MTG INS          42.66*   1878.46   1321.84-
APR   274.09     *      43.30 MTG INS              *    2109.25   1321.84-
APR                           MTG INS          42.66*   2109.25   1364.50-
```


REDACTED

06/11/13

```
       PROJ     ACTUAL   PROJ                       ACTUAL     PROJ      ACTUAL
       ESCROW   ESCROW   ESCROW                     ESCROW     ESCROW    ESCROW
 MO    DEPOSIT  DEPOSIT  PAYMENTS DESCRIPTION       PAYMENTS   BALANCE   BALANCE
 MAY   274.09        *     43.30 MTG INS                  *    2340.04   1364.50-
 MAY                      660.25 CITY/TWN TX        574.90*    1679.79   1939.40-
 MAY                             MTG INS             42.66*    1679.79   1982.06-
 MAY                             PROP INS          1649.00*    1679.79   3631.06-
 JUN   274.09  4060.80 *Y   43.30 MTG INS                *Y    1910.58    429.74
 JUN                      1449.00 PROP INS                *     461.58    429.74
 JUN                             MTG INS             42.66*     461.58    387.08
 JUL   274.09   326.32 *Y   43.30 MTG INS            42.66*Y    692.37    670.74
 AUG            274.09 *Y         MTG INS            42.66*Y    692.37    902.17

       LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
       MADE DURING THIS PERIOD EQUALING        3,289.10. UNDER FEDERAL LAW,
       YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED           461.58
       (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
       UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
       UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
       BALANCE SHOULD NOT HAVE EXCEEDED          461.58.

       AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
       EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
       PLEASE CALL OUR TOLL-FREE NUMBER.
```

REDACTED

06/11/13

```
                              ACCOUNT PROJECTION

        MORTGAGE INS      :         511.92
        CITY TAX          :       1,149.80
        HAZARD INS        :       1,649.00
        ---------------------------------------
        ANNUAL DISBURSEMENTS :    3,310.72
             3,310.72 / 12 =        275.90 ESCROW PAYMENT

       PAYMENTS    PAYMENTS                       CURRENT BAL   REQUIRED BAL
  MO    TO         FROM       DESCRIPTION         PROJECTION    PROJECTION
  BALANCE AS OF 08/31/13..........................    902.17       932.88
  SEP   275.90        42.66   MTG INS              1,135.41      1,166.12
  OCT   275.90        42.66   MTG INS              1,368.65      1,399.36
  NOV   275.90        42.66   MTG INS              1,601.89      1,632.60
  NOV                574.90   CITY/TWN TX          1,026.99      1,057.70
  DEC   275.90        42.66   MTG INS              1,260.23      1,290.94
  JAN   275.90        42.66   MTG INS              1,493.47      1,524.18
  FEB   275.90        42.66   MTG INS              1,726.71      1,757.42
  MAR   275.90        42.66   MTG INS              1,959.95      1,990.66
  APR   275.90        42.66   MTG INS              2,193.19      2,223.90
  MAY   275.90        42.66   MTG INS              2,426.43      2,457.14
  MAY                574.90   CITY/TWN TX          1,851.53      1,882.24
  JUN   275.90        42.66   MTG INS              2,084.77      2,115.48
  JUN              1,649.00   PROP INS               435.77        466.48
  JUL   275.90        42.66   MTG INS                669.01        699.72
  AUG   275.90        42.66   MTG INS                902.25        932.96

       THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS       902.17 . YOUR
       STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE      932.88 .

       THIS MEANS YOU HAVE A SURPLUS OF         48.61.** THIS SURPLUS MUST BE
       RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
       ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
       DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
       SURPLUS.

       ** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.
```

REDACTED

06/11/13

```
       YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
              835.58 OF WHICH      559.68 WILL BE FOR PRINCIPAL AND
INTEREST AND        275.90 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
      PRINCIPAL AND INTEREST              559.68
        ESCROW PAYMENT                    275.90
                                       --------------
NEW PAYMENT EFFECTIVE 09/01/13            835.58

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.
```