UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Newport News) Division

In Re:    Deedra Lydia Smallwood                              Case No. 13-50887-FJS
                                                              Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EverBank (EverHome, Servicer)
vs.

Deedra Lydia Smallwood, Debtor

Respondents

## NOTICE OF OBJECTION TO DEBTOR'S CHAPTER 13 PLAN
## AND HEARING THEREON
Real Property at 371 Advocate Court B, Newport News, Virginia  23608

EverBank (EverHome, Servicer) herein, has filed papers with the court <u>objecting to debtor's chapter 13 plan. Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

The hearing is scheduled for **<u>August 23, 2013 at 9:30 a.m.</u>** at Newport News Courtroom, U.S. Courthouse, 2400 West Avenue, Newport News, VA.

DATE: July 29, 2013

                                                              /s/ Abby K. Moynihan, Esq.
                                                              Attorney for Creditor
                                                              312 Marshall Avenue, Suite 800
                                                              Laurel, MD 20707
                                                              301-490-1196
                                                              bankruptcyva@mwc-law.com
                                                              Bar No. 79686

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on July 29, 2013, to Deedra Lydia Smallwood at 371 Advocate Ct , #B, Newport News, Virginia  23608. Copies were sent electronically via the CM/ECF system to Steve C. Taylor, Attorney for Debtor and Michael P. Cotter, Trustee.

                                                              /s/ Abby K. Moynihan, Esq.

<u>Abby K. Moynihan, Esq.</u>
Attorney for EverBank (EverHome, Servicer)
312 Marshall Avenue, Ste. 800
Laurel, MD 20707
301-490-1196
Bar No. 79686
Email: bankruptcyva@mwc-law.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In Re:   Deedra  Lydia Smallwood                    Case No. 13-50887-FJS
                                                    Chapter 13

## OBJECTION BY SECURED CREDITOR TO PROPOSED PLAN

Comes now the secured creditor, EverBank (EverHome, Servicer), which holds a Deed of Trust secured by the Debtor's real property at 371 Advocate Court B, Newport News, Virginia 23608, by and through its attorney, Abby K. Moynihan, Esq., and objects to the proposed plan and to confirmation and for reason therefore states as follows:

1.  The Debtor has proposed a plan which includes a total payment of $7,960.00 for arrearages owed to EverBank (EverHome, Servicer).

2.  The secured creditor, EverBank (EverHome, Servicer), anticipates filing a Proof of Claim with arrearages in the approximate amount of $14,440.34.

3.  The plan as proposed by the Debtor would therefore be insufficient to pay the claim of EverBank (EverHome, Servicer).

Wherefore the Secured Creditor prays this court to enter an Order

1.      Denying confirmation of the proposed Chapter 13 Plan, or alternatively

Abby K. Moynihan, Esq.
Attorney for EverBank (EverHome, Servicer)
312 Marshall Avenue, Ste. 800
Laurel, MD 20707
301-490-1196
Bar No. 79686
Email: bankruptcyva@mwc-law.com

    2.    Modifying the Chapter 13 Plan to provide for payment in full of the Claim filed by the secured creditor, or alternatively

    3.    For such other and further relief as the Court deems appropriate.

Respectfully submitted:

/s/Abby K. Moynihan, Esq.
Attorney for EverBank (EverHome, Servicer)
312 Marshall Avenue, Ste. 800
Laurel, MD 20707
301-490-1196
Bar No. 79686
Email: bankruptcyva@mwc-law.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on July 29, 2013, to Deedra Lydia Smallwood at 371 Advocate Ct , #B, Newport News, Virginia  23608. Copies were sent electronically via the CM/ECF system to Steve C. Taylor, Attorney for Debtor and Michael P. Cotter, Trustee.

/s/ Abby K. Moynihan, Esq.